# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Smith,<br><br>                Plaintiff,<br><br>    vs.<br><br>Bursey & Associates P.C..; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: CV14-08191-PCT DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 20,

**IT IS ORDERED** that the stipulation (Doc. 20) is **granted.** This case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 12th day of February, 2015.

_____
David G. Campbell
United States District Judge